1   Michelle J. Shvarts (SBN 235300)
2   DISABILITY ADVOCATES GROUP
    17525 Ventura Blvd., Ste 308
3   Encino, CA 91316
4   TEL:  (800) 935-3170
    FAX: (800) 501-0272
5   mshvarts@dagaccess.com
6   Attorneys for Plaintiff, Juan Delgado Solorio

7

8                  **UNITED STATES DISTRICT COURT**
9                  **CENTRAL DISTRICT OF CALIFORNIA**

10  JUAN DELGADO SOLORIO,              )
11          Plaintiff,                 )   Case No.:  5:20-cv-1492-SHK
12                                     )
        vs.                            )   [~~PROPOSED~~] ORDER FOR AWARD
13                                     )   OF EAJA FEES
                                       )
14  KILOLO KIJAKAZI,                   )
    Acting Commissioner of Social      )
15  Security,                          )
16          Defendant.                 )

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount SIX THOUSAND SEVEN HUNDRED DOLLARS ($6,700.00) as authorized by 28 U.S.C. § 2412(d) and FOUR HUNDRED dollars ($400) in costs under 28 U.S.C. § 1920 and subject to the terms and conditions of the Stipulation.

DATED: _____10/12/2022_____

_____
HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge